UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00127-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL T. CASTNER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, April 28, 2010,** and responses to these motions shall be filed by **Friday, May 7, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference will not be scheduled at this time. The parties shall alert chambers should a hearing become necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, May 17, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: March 17, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge