UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00127-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL T. CASTNER,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on March 31, 2010 [#12]. The 3-day jury trial set for **Monday, May 17, 2010,** is **VACATED.** A Change of Plea hearing is set for **Tuesday, May 18, 2010, at 9:30 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: April 5, 2010