UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00127-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL T. CASTNER,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the scheduling of the Probation Office Annual District Conference, the Sentencing hearing set for **August 30, 2010, at 10:00 a.m.** is **VACATED** and **RESET** for **Friday, September 3, 2010, at 1:30 p.m.**

    Dated: July 20, 2010