IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00127-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL CASTNER,

    Defendant.

---

ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to 3 years of probation, with no time to serve in prison. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this <u>13th</u> day of October, 2010.

                          BY THE COURT:

                          <u>s/ Wiley Y. Daniel</u>
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE